# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:18-cv-00255

CATHERINE WIESELER-MYERS,
individually and on behalf of others similarly situated,

      Plaintiff,

v.

PROTECT AMERICA, a Texas corporation,

      Defendant.

---

## PLAINTIFF'S NOTICE OF DISMISSAL

---

      PLEASE TAKE NOTICE that Plaintiff Catherine Wieseler-Myers ("Plaintiff"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses all claims in this action *without prejudice* as to all defendants. Plaintiff and defendant shall bear their own costs and attorneys' fees.

      Federal Rule of Civil Procedure 41(a)(1)(A)(i) states:

(a)    Voluntary Dismissal.

(1)    *By the Plaintiff.*

(A)    *Without a Court Order.* Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

(i)    a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment[.]

Fed. R. Civ. P. 41(a)(1)(A)(i).

Defendant has not served an answer or a motion for summary judgment.

DATED: April 4, 2018

s/ Michael Aschenbrener
*Michael Aschenbrener* (CO Bar # 51687)
KamberLaw LLC
201 Milwaukee St
Suite 200
Denver, CO 80206
Telephone: (212) 920-3072
E-mail: masch@kamberlaw.com

Attorneys for Plaintiff and the Putative Class

2